IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Canteberry, Michael | Case Number: 08 B 06575 |
|---|---|---|
| | Canteberry, Barbara | Judge: Wedoff, Eugene R |
| | Printed: 7/1/08 | Filed: 3/20/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 15, 2008
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Accredited Home Lenders | Secured | 0.00 | 0.00 |
| 2. | Wells Fargo Financial Illinois Inc | Secured | 7,800.00 | 0.00 |
| 3. | Accredited Home Lenders | Secured | 33,021.35 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 387.55 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 555.30 | 0.00 |
| 6. | Capital One | Unsecured | 964.21 | 0.00 |
| 7. | Wells Fargo Financial Illinois Inc | Unsecured | 372.51 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 1,321.61 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 1,063.69 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 395.47 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 446.32 | 0.00 |
| 12. | Internal Revenue Service | Priority | | No Claim Filed |
| 13. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 14. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 15. | AFNI | Unsecured | | No Claim Filed |
| 16. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 17. | Collection Company Of America | Unsecured | | No Claim Filed |
| 18. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 19. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 20. | Armor Systems Co | Unsecured | | No Claim Filed |
| 21. | Credit Protection Association | Unsecured | | No Claim Filed |
| 22. | Diversified Collection Service | Unsecured | | No Claim Filed |
| 23. | J&R Adjustment Truck Co | Unsecured | | No Claim Filed |
| 24. | J&R Adjustment Truck Co | Unsecured | | No Claim Filed |
| 25. | J&R Adjustment Truck Co | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Canteberry, Michael  
Canteberry, Barbara  
Printed: 7/1/08

Case Number: 08 B 06575  
Judge: Wedoff, Eugene R  
Filed: 3/20/08

| | | | |
|---|---|---|---|
| 26. | Nationwide Credit & Collection | Unsecured | No Claim Filed |
| 27. | NCO Financial Systems | Unsecured | No Claim Filed |
| 28. | NCO Financial Systems | Unsecured | No Claim Filed |
| 29. | J&R Adjustment Truck Co | Unsecured | No Claim Filed |
| 30. | Nicor Gas | Unsecured | No Claim Filed |
| 31. | Professional Account Management | Unsecured | No Claim Filed |
| 32. | Professional Account Management | Unsecured | No Claim Filed |
| 33. | Resurgent Capital Services | Unsecured | No Claim Filed |

_____  _____  
$ 46,328.01   $ 0.00

## TRUSTEE FEE DETAIL

Fee Rate        Total Fees  
_____  
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_ _____